United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AGYEI B. ANIEFUNA**, <br><br>   Plaintiff, <br><br> v. <br><br> **BMW FINANCIAL SERVICES**, <br><br>   Defendant. | Case No.: 4:24-CV-05267-YGR <br><br> **ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE** <br><br> **ORDER VACATING HEARING** <br><br> Re: Dkt. No. 9 |

**TO PLAINTIFF AGYEI B. ANIEFUNA:**

**YOU ARE HEREBY ORDERED TO SHOW CAUSE** in writing **no later than February 28, 2025,** why your claims should not be dismissed for failure to prosecute. Defendant filed a motion to dismiss this case on January 14, 2025, and a response was due by January 28, 2025. (Dkt. No. 9.) Failure to timely file a written response to defendants' motion to dismiss shall be deemed an admission that good cause exists to dismiss the case without prejudice and the Court will dismiss this action without further notice.

Further, the hearing set for March 4, 2025 is **VACATED.** The Court will reset the hearing at a later date if appropriate.

The Court advises plaintiff that the District Court has produced a guide for self-represented/*pro se* litigants called Representing Yourself in Federal Court: A Handbook for Pro Se Litigants, which provides instructions on how to proceed at every stage of a case, including discovery, motions, and trial. It is available electronically online at www.cand.uscourts.gov/pro-selitigants/ or in a paper copy, free of charge, from the Clerk's Office.

The Court also advises plaintiff that assistance is available through the Legal Help Center. The Legal Help Center provides free information and limited-scope legal advice to *pro se* litigants

in federal civil cases. To make an appointment with the Legal Help Center, plaintiff may: (1) call 415-782-8982; or (2) email federalprobonoproject@sfbar.org. The Help Center's website is available at https://cand.uscourts.gov/legal-help.

**IT IS SO ORDERED**.

Date: February 4, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**