**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AGYEI B. ANIEFUNA**, <br><br> Plaintiff, <br><br> vs. <br><br> **BMW FINANCIAL SERVICES**, <br><br> Defendant. | Case No.: 4:24-CV-05267-YGR <br><br> **ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |

By Order issued on February 4, 2025, plaintiff was directed to show cause why this case should not be dismissed by February 28, 2025, or the action would be dismissed without prejudice for failure to prosecute. As of March 4, 2025, plaintiff has failed to do so and failed to communicate in any manner with the Court.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Date: March 4, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**